IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Rockbridge Commercial Bank,

    Plaintiff,

v.                                    Case No.:  1:12-CV-4313-MHC

Lauch McKinnon, et al.

    Defendants.

_____/

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Federal Deposit Insurance Corporation, as Receiver for Rockbridge Commercial Bank ("FDIC-R"), together with Defendants, Carl Burr, Steven Lehwald, Lauch McKinnon, E.M. Thorne, III, Lawrence Smith, Arnold Tillman, and David Zalik's Joint Motion for Dismissal with Prejudice (the "Motion"), and the Court, having reviewed the Motion, and being otherwise fully advised in the premises, hereby

ORDERS AND ADJUDGES that the motion is **GRANTED**.  This action is hereby **DISMISSED** with prejudice with each party to bear its own fees and costs.  The Clerk is hereby directed to close the court file.

DONE AND ORDERED in chambers in the Northern District of Georgia, this 23rd day of July, 2015.

*/s/ Mark H. Cohen*
United States District Judge

12408181v1

1